Kristen J. Nesbit (SBN 242426)
E-Mail: knesbit@fisherphillips.com
Nathan V. Okelberry (SBN 266596)
E-Mail: nokelberry@fisherphillips.com
LaLonnie V. Gray (SBN 366999)
E-Mail: lgray@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendants
CRST EXPEDITED, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JANE DOE, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CRST EXPEDITED, INC., an entity of unknown form; ARTHUR MARTYN, an individual; and DOES 1 through 20,<br><br>　　　　　　Defendants. | CASE NO.:<br><br>*[Removed from Riverside Superior Court; Case No.: CVRI2102214]*<br><br>**DECLARATION OF ANGELA STASTNY IN SUPPORT OF DEFENDANT CRST EXPEDITED, INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332(a), 1441(b), AND 1446(b)**<br><br>Complaint Filed:　May 14, 2021<br>Removal Date:　　July 1, 2021<br>Trial Date:　　　　None Set |

## DECLARATION OF ANGELA STASTNY

I, Angela Stastny, hereby declare and state as follows:

1. I am currently employed by Defendant CRST Expedited, Inc. ("CRST") in the capacity of Director - Human Resources. I have worked for Defendant in various capacities since April 25, 2005 and have held my current position since January 31, 2011. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would competently testify thereto.

2. CRST is incorporated under the laws of the State of Iowa. CRST Expedited, Inc. was a corporation with the State of Iowa as of May 14, 2021 (the date the instant complaint was filed) and as of the date this Notice of Removal is being filed.

3. CRST maintains its principal place of business and headquarters in Cedar Rapids, Iowa. Defendant's officers and directors, including the Chief Executive Officer, Chief Financial Officer, Secretary, and many other executive officers and employees work in Cedar Rapids, Iowa. CRST directs, controls, and coordinates the operations of CRST from the corporate headquarters in Cedar Rapids, Iowa.

4. I reviewed Plaintiff's Employee Profile, which reflects that Defendant employed Plaintiff as an Over the Road Driver. Plaintiff is 58 years old. At all times during her employment, Plaintiff was domiciled in North Carolina. According to CRST's files, Plaintiff's last known domicile is in North Carolina. CRST compensated Plaintiff at $0.30 to $0.32 per split mile.

5. Over the Road Drivers generally work 21 days or more at a time and may travel between 3,200 and 4,100 miles a week.

6. Defendant Arthur Martyn is a former employee of CRST. According to Mr. Martyn's employment records, Mr. Martyn was domiciled in Connecticut during his entire employment with CRST. According to CRST's files, Mr.

1  Martyn's last known domicile is in Connecticut.
2       I declare under penalty of perjury under the laws of the State of California
3  and the United States of America that the foregoing is true and correct.
4       Executed on 6/30/21, at Cedar Rapids, Iowa.

_____
ANGELA STASTNY

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On July 1, 2021, I served the following document(s) **DECLARATION OF ANGELA STASTNY IN SUPPORT OF DEFENDANT CRST EXPEDITED, INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332(A), 1441(B), AND 1446(B)** on the person(s) listed below by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| John C. Taylor, Esq.<br>Natalie Weatherford, Esq.<br>**TAYLOR & RING**<br>1230 Rosecrans Avenue, Suite 360<br>Manhattan Beach, CA 90266 | *Attorneys for Plaintiff Jane Doe*<br><br>Tel:  (310) 209-4100<br>Fax: (310) 208-5052 |

☒ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with Express Network.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed July 1, 2021, at Los Angeles, California.

Melody Biglay               By: *[signature]*
Print Name                         Signature